PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
HENRY Z. CARBAJAL III
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> IRMA OLGUIN, JR., and JAKE SOBERAL, <br><br> Defendants. | Case Nos. 1:23-mj-00136-SKO; <br>         1:24-cr-00159-NODJ-BAM <br><br> STIPULATION TO VACATE PRELIMINARY HEARING AND SCHEDULE CHANGE OF PLEA HEARING |

IT IS HEREBY STIPULATED between the parties that the preliminary hearing scheduled for July 18, 2024, can be vacated and a change of plea hearing can be scheduled for July 17, 2024, at 8:30 a.m. The parties have reached plea agreements to resolve the case and will file the agreements with the Court shortly.

Time under the Speedy Trial Act has already been excluded through July 18, 2024. Out of an abundance, the parties request that the Court further exclude time under the Speedy Trial Act from the date this stipulation is filed through July 17, 2024, for purposes of plea

negotiations, defense preparation, and continuity of defense counsel pursuant to Fed. R. Crim. P. 5.1(d) and 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).  The parties agree that the interests of justice served by granting this request outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated:  July 2, 2024　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　*/s/ Joseph Barton*
　　　　　　　　　　　　　　　　　　　　　　Joseph Barton
　　　　　　　　　　　　　　　　　　　　　　Henry Carbajal III
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorneys

Dated:  July 2, 2024　　　　　　　　　　　　*/s/ Daniel Olmos*
　　　　　　　　　　　　　　　　　　　　　　Daniel Olmos
　　　　　　　　　　　　　　　　　　　　　　Counsel for Irma Olguin, Jr.

Dated:  July 2, 2024　　　　　　　　　　　　*/s/ Eric MacMichael*
　　　　　　　　　　　　　　　　　　　　　　Eric MacMichael
　　　　　　　　　　　　　　　　　　　　　　Counsel for Jake Soberal

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
HENRY Z. CARBAJAL III
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IRMA OLGUIN, JR., and<br>JAKE SOBERAL,<br><br>Defendants. | Case Nos. 1:23-mj-00136-SKO;<br>        1:24-cr-00159-NODJ-BAM<br><br>ORDER VACATING PRELIMINARY HEARING AND SCHEDULING CHANGE OF PLEA HEARING |

Upon the parties' stipulation, and for good cause shown, the preliminary hearing that is scheduled for July 18, 2024, is vacated, and a change of plea hearing is scheduled for July 17, 2024, at 8:30 a.m. before a District Judge.

Time under the Speedy Trial Act has already been excluded through July 18, 2024. Time under the Speedy Trial Act is further excluded from the date the parties' stipulation was filed through July 17, 2024, for purposes of plea negotiations, defense preparation, and continuity of defense counsel pursuant to Fed. R. Crim. P. 5.1(d) and 18 U.S.C. § 3161(h)(7)(A) and

(h)(7)(B)(iv).  The Court finds that the interests of justice served by granting this request outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  **July 2, 2024**                        /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE