KEKER, VAN NEST & PETERS LLP
ERIC H. MACMICHAEL - # 231697
emacmichael@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorney for Defendant JAKE SOBERAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>IRMA OLGUIN, JR., and JAKE SOBERAL,<br><br>    Defendant. | Case No. 1:24-cr-00159-NODJ-BAM<br><br>**STIPULATION TO CONTINUE SENTENCING; AND ORDER**<br><br>Date:     November 6, 2024<br>Time:    10:00 am<br>Dept.:    Courtroom 8, 6th Floor<br>Judge:   Hon. Barbara A. McAuliffe |

The defendants' sentencing hearing is currently scheduled for November 6, 2024. Due to defense counsels' work and travel commitments, however, the parties agree to continue the sentencing hearing until December 17, 2024, at 8:30 a.m., before the assigned District Judge.

This is the first continuance the parties have requested and they do not anticipate requesting any additional continuances of the sentencing date.

This continuance will ensure that defense counsel have sufficient time to fully prepare for the sentencing hearing.

The parties have informed the Probation Department regarding the requested continuance and the Probation Department has no objection.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: October 10, 2024 | KEKER, VAN NEST & PETERS LLP |
| | By: */s/ Eric H. MacMichael*<br>ERIC H. MACMICHAEL<br>BAILEY W. HEAPS |
| | Attorney for Defendant JAKE SOBERAL |
| Dated: October 10, 2024 | NOLAN BARTON OLMOS & LUCIANO LLP |
| | By: */s/ Daniel Olmos*<br>DANIEL OLMOS |
| | Attorneys for Defendant IRMA OLGUIN, JR. |
| Dated: October 10, 2024 | UNITED STATES OF AMERICA |
| | By: */s/ Joseph Barton*<br>JOSEPH BARTON<br>HENRY CARBAJAL III |
| | Attorneys for Plaintiff UNITED STATES OF AMERICA |

KEKER, VAN NEST & PETERS LLP
ERIC H. MACMICHAEL - # 231697
emacmichael@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

Attorney for Defendant JAKE SOBERAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IRMA OLGUIN, JR., and JAKE SOBERAL,<br><br>Defendant. | Case No. 1:24-cr-00159-NODJ-BAM<br><br>**ORDER TO CONTINUE SENTENCING** |

Upon the parties' stipulation and for good cause shown, the defendants' sentencing hearing is continued from November 6, 2024, until **December 17, 2024, at 8:30 a.m., before the District Court Judge**.

IT IS SO ORDERED.

Dated:   **October 11, 2024**          /s/ Barbara A. McAuliffe
                                                              UNITED STATES MAGISTRATE JUDGE