Daniel B. Olmos (CA SBN 235319)



600 University Avenue
Palo Alto | CA | 94301
T 650.326.2980 | F 650.326.9704

Email: dolmos@nbo.law

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>IRMA OLGUIN, JR.,<br><br>　　　　　　Defendant. | Case No. 1:24-cr-00159 JCC BAM<br><br>**MOTION TO EXONERATE AND ORDER** |

　　　Defendant Irma Olguin, Jr., through undersigned counsel, respectfully submits this Motion to Exonerate and the attached Proposed Order with respect to the release of the property bond used to secure Ms. Olguin's pretrial release.

　　　On December 13, 2023, Defendant Irma Olguin, Jr. was granted release from custody pursuant to a Deed of Trust (No. 2023-0112399) offered in support of a property bond which secured her release. (See Docket No. 27.) The name of the Trustor/Property Owner is Irma L. Oguin. The city and state of the property posted on the Deed of Trust is Caruthers, California. By this motion I request the exoneration of the property bond and full reconveyance of the Deed of Trust.

///

///

In addition, by this motion I request the return of Ms. Olguin's United States Passport, No. 546895937 (United States Passport Card No. C12467490), which was surrendered to the Court on November 9, 2023.

Ms. Olguin was sentenced on December 17, 2024, to 108 months of imprisonment and surrendered to serve her sentence on March 18, 2025.

Dated: March 24, 2025                    Respectfully submitted,

NOLAN BARTON OLMOS & LUCIANO, LLP

 /s/ *Daniel B. Olmos*
Daniel B. Olmos
Attorney for Defendant Irma Olguin, Jr.

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the property bond noted above be exonerated and a full reconveyance be provided to the surety. In addition, it is hereby ordered that Ms. Olguin's United States Passport be returned. All documents should be returned to Ms. Olguin's attorney of record, Daniel B. Olmos.

DATED: March 26, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE